IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Clarence Eugene Jones,

                Plaintiff,

     v.

Coleen Clemente,

                Defendant.

Civil No. CV 02-1639 BR

**ORDER OF DISMISSAL**

The Joint Motion (#163) to Dismiss this matter is GRANTED;

**IT IS ORDERED**  that this matter is DISMISSED.

Dated this   21st   day of June, 2006.

                                          /s/ Anna J. Brown
                                        Anna J. Brown
                                        United States District Judge

JUDGMENT OF DISMISSAL